# GOVERNMENT OF THE DISTRICT OF COLUMBIA
# DEPARTMENT OF CORRECTIONS



**TO:** Whom it May Concern

**FROM:** Robert Greene, MHS, DAPA
Transitional Assistance Program Unit Coordinator

**DATE:** April 23, 2019

**SUBJECT:** Referral

---

This letter is written in support of Participant Leon Brady who demonstrated successful participation in the Transitional Assistance Program formerly Re-entry at CTF. Participant Leon Brady demonstrated a positive attitude and behavior, the willingness to follow directions, listen, and communicate his feelings in an effective manner. Mr. Brady has earned in good standing this recommendation for his participation in the Transitional Assistance Program.

Mr. Brady participated in Life Skills- Employment, Decision Making, Values and Principles, Anger Management and Criminal Thinking. Leon has attended workshops in Money Matters and Lorton Art, Inc.

If you have any further questions or concerns, please contact me by email or phone regarding this matter, Robert.Greene@ DC.gov or phone (202) 790-6703. We appreciate your support in the effort of Men who have a desire to change their lives.

Yours Truly,

*Robert Greene*

Robert Greene, Transitional Assistance Program Unit Coordinator